**Appeal Reinstated; Order filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00229-CR
_____

**ORLEAN AYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 597938**

## ORDER

This is an appeal from the denial of relief following post-conviction DNA testing. Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The record has been forwarded to appellant.

Appellant requested that the record be supplemented with his motion for

"objection for the preservation of appellate review pursuant to art. 64.04" dated February 5, 2013. A supplemental clerk's record containing the missing document has now been filed. Accordingly, we issue the following order.

The appeal is ordered reinstated and appellant is directed to file his pro se response to counsel's *Anders* brief on or before **March 3, 2014.**


PER CURIAM